No. 74–5703.  COHENS *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 74–5750.  MANN *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 74–5799.  MERIWETHER *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 74–5831.  YATES *v.* KENTUCKY.  C. A. 6th Cir. Certiorari denied.

No. 74–5832.  SMITH *v.* WASHINGTON.  Ct. App. Wash.  Certiorari denied.

No. 74–5843.  DESOTO ET AL. *v.* COUNTY OF VENTURA ET AL.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 74–5846.  VERDUGO *v.* CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 74–5848.  WRIGHT *v.* CALIFORNIA.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 74–5849.  BELLFIELD *v.* VIRGINIA.  Sup. Ct. Va. Certiorari denied.

No. 74–5851.  RUFFIN *v.* VIRGINIA.  Sup. Ct. Va. Certiorari denied.

No. 74–5858.  HAMPTON *v.* PENNSYLVANIA.  Sup. Ct. Pa.  Certiorari denied.

No. 74–5862.  VICK *v.* MEMPHIS & SHELBY COUNTY BAR ASSN., INC.  Sup. Ct. Tenn.  Certiorari denied.

No. 74–5866.  MA *v.* CALIFORNIA.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.